MAURICE D. PESSAH (SBN: 275955)
*maurice@pessahgroup.com*
MICHAEL MORRIS-NUSSBAUM (SBN: 317146)
*mmnussbaum@pessahgroup.com*
**PESSAH LAW GROUP, PC**
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Tel. (310) 772-2261

*Attorneys for Plaintiff*
 BDMR HOLDINGS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BDMR HOLDINGS LTD., a California Corporation, <br><br> Plaintiff, <br> v. <br><br> DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-9856 <br><br> **DECLARATION OF MICHAEL MORRIS-NUSSBAUM IN SUPPORT OF PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY** <br><br> **DATE:** December 4, 2019 <br> **TIME:** 10:00 a.m. <br> **COURTROOM:** 580 |

---

DECLARATION OF MICHAEL MORRIS-NUSSBAUM IN SUPPORT OF PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

1

# DECLARATION OF MICHAEL MORRIS-NUSSBAUM IN SUPPORT OF PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

I, Michael Morris-Nussbaum, hereby declare:

1. I am an attorney at law, duly licensed to practice law in the State of California and admitted to practice before the Central district of California. I am an associate at Pessah Law Group, P.C., counsel of record for Plaintiff BDMR Holdings Ltd., doing business as Yedi Houseware ("Plaintiff" or "Yedi"). As part of my role as counsel, I have become familiar with BDMR's history and business operations. I am also familiar with and have personal knowledge of the file in this matter and the facts described below. If called upon as a witness, I could and would competently testify to the following facts.

2. I make this declaration in support of Plaintiff's Motion for Expedited Discovery Relating to Defendants' Identity.

3. Yedi is a leading manufacturer and distributor of household appliances. Yedi products have been featured on "Oprah's Favorite Things," and have been prominently selected as "Amazon's Choice" products due to the high volume of sales and indisputable customer satisfaction Yedi has garnered.

4. Defendants have launched a full-fledged offensive against Yedi and the Yedi Mark by creating false listings for Yedi's top-selling products on Amazon.com ("Amazon"). Defendants' scheme consists of creating listings for Yedi products on Amazon.com at artificially low prices to drive consumers away from Yedi's legitimate Amazon listings.

5. When consumers attempt to order products from the dummy listings, their payment information is processed, and a shipping label is created promising delivery to the unsuspecting consumer within "2 days." However, once the order has been placed and payment sent from the customer to Defendants, the customer receives an Amazon notification that delivery is "late." Ultimately, the product never arrives.

DECLARATION OF MICHAEL MORRIS-NUSSBAUM IN SUPPORT OF PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

2

The result is damage to Yedi's goodwill, infringement of Yedi's intellectual property rights, lower rankings on Amazon and millions in lost revenue.

6. Yedi does not currently know the identities of the Defendants, but reasonably believes it can determine their identities through limited expedited discovery of the third-party companies providing the infrastructure for Defendants' scheme.

7. Yedi has been diligent in attempting to uncover the Defendants' identities. The only publicly available information about Defendants is the false Amazon listings that are the subject of Plaintiff's lawsuit.

8. Plaintiff immediately contacted Amazon Support upon becoming aware of the false listings. However, Amazon did not ascertain Defendants' identities or provide information that would allow Plaintiff to discover the same.

I declare under penalty of perjury of the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 27th day of November, 2019 at Los Angeles, California.

By:_____
Michael Morris-Nussbaum

DECLARATION OF MICHAEL MORRIS-NUSSBAUM IN SUPPORT OF PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

3