MAURICE D. PESSAH (SBN: 275955)
*maurice@pessahgroup.com*
MICHAEL MORRIS-NUSSBAUM (SBN: 317146)
*mmnussbaum@pessahgroup.com*
**PESSAH LAW GROUP, PC**
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
Tel. (310) 772-2261

*Attorneys for Plaintiff*
 BDMR HOLDINGS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BDMR HOLDINGS LTD., a California Corporation, <br><br> Plaintiff, <br> v. <br> DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-9856 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY** |

[PROPOSED] ORDER GRANTING PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

1

Plaintiff BDMR Holdings Ltd.'s Motion for Expedited Discovery came to be heard on _____ in Courtroom 580 of the United States District Court, Central District of California, Roybal Federal Building and Courthouse, located at 255 East Temple Street, 5th Floor, Los Angeles, CA 90012, the Honorable Karen L. Stevenson presiding. After full consideration of the supporting papers filed in connection with Plaintiff's Motion and having heard argument of counsel, good cause appearing, IT IS HEREBY ORDERED:

Plaintiff BDMR Holdings Ltd.'s Motion for Expedited Discovery is GRANTED. Plaintiff BDMR Holdings Ltd. may issue subpoenas to Amazon.com, or any other third party used in furtherance of Defendants' unlawful and fraudulent sales scheme, upon entry of this order.

DATED:                                              _____
                                                    HON. KAREN L. STEVENSON
                                                    Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF BDMR HOLDINGS LTD.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

2